```
 1 | McGREGOR W. SCOTT
   | United States Attorney
 2 | ANNE E. PINGS
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916) 554-2785
```




MAY - 3 2007

CLERK, U.S. DISTRICT COURT
ERN DISTRICT OF CALIFORNIA

By DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-04-236-MCE |
|---|---|
| Plaintiff, | ) |
| v. | ) VIOLATION: 18 U.S.C. § 1035 - |
|  | ) False Statements Relating to |
| ELIZABETH TRAN, | ) Health Care Matters |
| Defendant. | ) |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges: T H A T

ELIZABETH TRAN,

defendant herein, beginning on or about July 2003, through on or about May 2004, in the Eastern District of California and elsewhere, in a matter involving a health care benefit program, knowingly and willfully, falsified, concealed, or covered up by trick, scheme or device, material facts, all in violation of Title 18, United States Code, Section 1035.

McGREGOR W. SCOTT
United States Attorney

By: /s/ Anne Pings
ANNE PINGS
Assistant U.S. Attorney