# RECOMMENDATION TERMINATING
# PROBATION PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.    ) | **Docket Number:** 2:04CR00236 |
| ) | |
| ELIZABETH TRAN ) | |
| ) | |

**LEGAL HISTORY:**

On July 10, 2007, Ms. Tran was sentenced to probation for a term of 48 months.  Special conditions included:  Submit to search; Financial disclosure; Not incur new credit charges; and Reside and participate in a residential community corrections center for a period of 6 months.  She was additionally ordered to pay a $100 special assessment and a $30,000 fine.

**SUMMARY OF COMPLIANCE:**

Ms. Tran is being supervised by the Central District of California.  According to her probation officer, Ms. Tran  has complied with all conditions and special conditions of probation, and has not been involved in any further criminal activities.  On July 10, 2007, she paid her special assessment and fine in full.  She has maintained a stable residence with her husband and newborn baby.  Ms. Tran no longer works as a pharmacist, the line of work related to her offense, but is now a property manager.  It is the opinion of the probation officer that Ms. Tran has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that probation in this case be terminated early.

**Re:     Elizabeth TRAN**
     **Docket Number:   2:04CR000236**
     **RECOMMENDATION TERMINATING**
     **PROBATION PRIOR TO EXPIRATION DATE**

Respectfully submitted,

/s/Michael A. Sipe
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

Dated:     March 28, 2011
           Sacramento, California
           MAS/cp

**APPROVED.**

Dated: April 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

cc:    AUSA Anne E. Pings (Pursuant to Rule 32, notice of proposed relief to the probationer is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Probation Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:04CR00236** |
| ) | |
| **ELIZABETH TRAN** ) | |
| ) | |

On July 10, 2007, the above-named was placed on probation for a period of 48 months. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/Michael A. Sipe
**MICHAEL A. SIPE
Supervising United States Probation Officer**

Dated:   April 12, 2011
         Sacramento, California
         MAS/cp

**Re:    Elizabeth TRAN**
       **Docket Number:   2:04CR00236**
       **ORDER TERMINATING PROBATION**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Dated: April 18, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE


Attachment:   Recommendation
cc:     United States Attorney's Office